Terri A. ALWARD; et al., Plaintiffs,

v.

BURRELLE'S INFORMATION SER-
VICES, a New Jersey limited liability
company dba Arizona Clipping Ser-
vice; et al., Defendants—Appellees,

Brian E. Finander, Real-party-
in-interest—Appellant.

No. 02–16844.

D.C. No. CV–00–00365–ROS.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 8, 2003.*

Decided Oct. 28, 2003.

Jathan W. Janove, Janove Baar Associ-
ates, LC, Salt Lake City, UT, Amy Jo
Gittler, Tricia Brown, Frazer, Ryan,
Goldberg, Arnold & Gittler, for Defen-
dant–Appellee.

Before PREGERSON, BEAM,** and
PAEZ, Circuit Judges.

MEMORANDUM***

Appellant Brian Finander appeals from
the August 9, 2002, district court order
awarding fees and costs as sanctions
against Appellant and his law firm in the
amount of $9,476.88. We find no abuse of
discretion in the district court's imposition
of attorneys' fees and costs in the amount
of $9,476.88 against counsel Brian E. Fi-
nander and the Law Corporation of Brian

Finander, P.C., jointly and severally. *Pa-
telco Credit Union v. Sahni*, 262 F.3d 897,
912–13 (9th Cir.2001) ("A district court's
sanction order is reviewed for abuse of
discretion whether imposed pursuant to
Rule 11, Rule 37, or 28 U.S.C. § 1927.").

AFFIRMED.

---

* This panel unanimously finds this case suit-
able for decision without oral argument.
Fed. R.App. P. 34(a)(2).

** The Honorable C. Arlen Beam, Senior Judge,
United States Court of Appeals for the Eighth
Circuit, sitting by designation.

*** This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as provided by
Ninth Circuit Rule 36–3.